DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  1:04CR278-004 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Jose L. Montanez | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on June 2, 2009,  regarding a petition submitted by the United States Probation Office regarding a violation of the defendant of the terms and conditions of supervised release.  The defendant Jose L. Montanez and his counsel, Caroline Kucharski appeared.  A report and recommendation was filed on May 15, 2009 (see docket # 118).  The Court adopts the report and recommendation of Magistrate Judge James S. Gallas and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of six (6) months to run concurrent with the state sentence the defendant is currently serving.

(1:04CR278-004)


      IT IS FURTHER ORDERED that upon release from confinement the period of

supervised release will continue.  All conditions of supervised release previously imposed will

continue.



  June 4, 2009                             */s/ David D. Dowd, Jr.*
Date                                     David D. Dowd, Jr.
                                          U.S. District Judge